[No. 571-41016-1.   Division One—Panel 2.   July 19, 1971.]

JOSEPH S. PRATTO, *Appellant,* v. LUCY ANN PRATTO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-920, Richard J. Ennis, J., entered February 11, 1969. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 379-3.   Division Three.   July 27, 1971.]

MARY ANN KAIN, *Respondent,* v. JOHN T. KAIN, *Petitioner.*

Certiorari to review a judgment of the Superior Court for Spokane County, No. 176791, Raymond F. Kelly, J., entered March 12, 1971. *Remanded* with instructions by unpublished opinion pursuant to RCW 2.06.040.

[No. 297-2.   Division Two.   July 28, 1971.]

WILLIE E. GASQUE, *Respondent,* v. LUCILLE G. GASQUE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 191330, William F. LeVeque, J., entered June 8, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 337-2.   Division Two.   July 28, 1971.]

R. H. COOPER et al., *Respondents,* v. MORLEY BROTMAN et al., *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 17447, Joseph H. Johnston, J., entered August 8, 1969. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.